# UNITED STATES DISTRICT COURT

DISTRICT OF Colorado

UNITED STATES OF AMERICA

V.

James Mack

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: 08-mj-01186-KLM

CHARGING DISTRICTS
CASE NUMBER: CR08-123-BLG-RFC

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of Montana ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the U.S. District Court - 316 N. 26th St., Billings, MT 59101
*Place and Address*

for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) U.S. District Court - District of Montana on 10-17-08 2:00pm.
*Date and Time*

Signature of Judge

Date: October 10, 2008

Name of Judge: Kristen L. Mix
Title of Judge: U.S. Magistrate Judge